UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ,

Plaintiff,

-against-

U.S. TREASURY INSPECTOR GENERAL,

Defendants.

26-CV-4161 (LLS)

BAR ORDER UNDER
28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. On May 26, 2026, the Court dismissed this action as frivolous. In addition, the Court noted that Plaintiff had repeatedly filed actions that are frivolous or have no connection with this district, despite warnings against continuing to doing so. The Court directed Plaintiff, within 30 days, to show cause by declaration why she should not be barred from filing further actions *in forma pauperis* (IFP) in this Court without prior permission. Plaintiff has not responded to the Court's order, and the time to do so has expired. Accordingly, the bar order will issue.

**CONCLUSION**

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. If Plaintiff seeks to file an action IFP, she must attach a copy of the proposed complaint and this order to her motion seeking leave to file. The motion must be filed with this court's Pro Se Intake Unit. If Plaintiff files an action IFP without a motion for leave to file, the action will be dismissed without prejudice for Plaintiff's failure to comply with this order.

The Court is directed to add to Plaintiff's name on the docket that she is also known as "Angela Dowling," and "Angela Perez Dowling."

The Clerk of Court is directed to enter judgment dismissing this action.

SO ORDERED.

Dated: July 3, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.