UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA PEREZ,

Plaintiff,

-against-

U.S. TREASURY INSPECTOR GENERAL.,

Defendant.

26 CIVIL 04161 (LLS)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Bar Order dated July 9, 2026, the Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. If Plaintiff seeks to file an action IFP, she must attach a copy of the proposed complaint and this order to her motion seeking leave to file. The motion must be filed with this court's Pro Se Intake Unit. If Plaintiff files an action IFP without a motion for leave to file, the action will be dismissed without prejudice for Plaintiff's failure to comply with this order; accordingly, the case is closed.

**Dated:** New York, New York
July 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**